No. 90–7354. WILLIAMS *v.* COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7357. COELLO-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7359. DIAZ-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7363. HANCOCK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–7364. KICKLIGHTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7366. HOGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–7369. CECIL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7379. DEMPSEY *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 90–7383. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7387. MICHEL *v.* COLLINS, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7388. HUBBARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7391. KHAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–7402. MCQUARIE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.